MARK H. EISNER, Appellant, *v.* PRINGLE MEMORIAL HOME, Respondent.

*Eisner* v. *Pringle Memorial Home*, 144 App. Div. 896, affirmed.

(Argued January 23, 1913; decided February 11, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

April 28, 1911, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at a Trial Term in an action under the terms of a lease to recover the value of buildings erected upon the leased premises.

*Jerome Eisner* for appellant.

*Nelson Zabriskie* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HISCOCK, COLLIN and CUDDEBACK, JJ. Absent: WERNER, J. Not sitting: MILLER, J.